UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFSP 2024-AHP1 81-83 SEAMAN AVENUE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>81 SEAMAN REALTY LLC, JOEL WIENER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100,<br><br>      Defendants. | No. 25-cv-4113 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On May 23, 2025, Plaintiff filed an amended complaint correcting a typographical error in its listed name. Dkt. No. 5. The Clerk of Court is respectfully directed to amend the case caption to match the parties' names in the amended complaint.

SO ORDERED.

Dated:   May 27, 2025
      New York, New York

                        Ronnie Abrams
                         United States District Judge