UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFSP 2024-AHP1 81-83 SEAMAN AVENUE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>81 SEAMAN REALTY LLC, JOEL WIENER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and JOHN DOE NO. 1 THROUGH JOHN DOE NO. 100,<br><br>      Defendant. | No. 25-cv-4113 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On July 9, 2025, Plaintiff filed a proposed order to show cause seeking appointment of a receiver over Defendant 81 Seaman Realty LLC's assets. Doc. No. 16. Defendant shall file a response to Plaintiff's proposed order no later than July 23, 2025, and Plaintiff shall file any reply no later than July 30, 2025. By consent of the parties, service shall be made by ECF and email. Plaintiff and Defendant shall also appear for a hearing Plaintiff's proposed order on August 14, 2025 at 2:00 p.m. in Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. The initial status conference scheduled for August 8, 2025 is adjourned and all parties shall instead appear for a status conference at the beginning of the August 14, 2025 hearing. If any party is not able to attend that status conference, it shall promptly notify

the Court. The parties shall also file their joint letter and case management plan no later than August 7, 2025. *See* Dkt. No. 10.

SO ORDERED.

Dated:    July 14, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge