UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFSP 2024-AHP1 81-83 SEAMAN AVENUE LLC,<br><br>                                      Plaintiff,<br><br>                    v.<br><br>81 SEAMAN REALTY LLC, JOEL WIENER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100,<br><br>                                      Defendants. | No. 25-cv-4113 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court has scheduled an initial conference and oral argument on Plaintiff's motion to appoint a receiver for August 14, 2025.  *See* Dkt. No. 22.  No later than August 11, 2025, the parties shall file supplemental letters addressing whether this Court has diversity jurisdiction over this action.  The parties shall specifically explain whether Plaintiff takes the citizenship of Computershare Trust Company, N.A. (its sole member) or rather the beneficiaries or certificateholders of the CFSP 2024-AHP1 Mortgage Trust (the trust for which Computershare serves as trustee).  *See* Compl. ¶ 5.  Among other things, the parties shall address (1) whether the trust is a traditional trust or rather a "business trust" under the framework of *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378 (2016), and (2) whether the rule of *Navarro Savings Association v. Lee* applies when the trustee is merely the sole member of a plaintiff LLC and is not suing in its own name.  446 U.S. 458 (1980); *see also Raymound Loubier Irrevocable Tr. v.*

*Loubier*, 858 F.3d 719, 726–27 (2d Cir. 2017) (suggesting that *Navarro* applies only when trustee is suing in own name).

SO ORDERED.

Dated:    August 7, 2025
               New York, New York

_____
Ronnie Abrams
United States District Judge