UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 81-83 SEAMAN AVENUE LLC,

          Plaintiff,

v.

81 SEAMAN REALTY LLC, JOEL WIENER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100,

          Defendants.

No. 25-cv-4113 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      During today's oral argument, Defendant 81 Seaman Realty LLC asserted that the underlying trust is a non-traditional business trust under *Americold* because it has a "directing certificateholder" that exercises some control over trust affairs. The Court is aware, however, of at least three decisions in this district that rejected similar arguments and held that a trust was still a traditional trust even when it had a "directing certificateholder." *See Wilmington Tr., N.A. v. 115 Owner LLC*, No. 20-cv-2157 (JMF), 2021 WL 5086368, at *2 (S.D.N.Y. Nov. 2, 2021); *Wells Fargo Bank, N.A. v. 390 Park Eve. Assocs., LLC*, No. 16-cv-9112 (LGS), 2017 WL 2684069, at *3 (S.D.N.Y. June 21, 2017); *Wilmington Tr., N.A. v. Aevri Salina Meadows LLC*, No. 23-cv-8824 (JPC), 2025 WL 405721, at *5, 6 n.8 (S.D.N.Y. Feb. 5, 2025). No later than August 18, 2025, 81 Seaman shall file a supplemental letter addressing these cases and any other similar rulings bearing

on its "directing certificateholder" argument. To the extent Plaintiff wishes to respond, it shall do so by August 20, 2025.

SO ORDERED.

Dated: August 14, 2025
New York, New York

_____
Ronnie Abrams
United States District Judge