**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CFSP 2024-AHP1 81-83 Seaman Avenue LLC,**

**Plaintiff,**

**-against-**

**81 Seaman Realty LLC, et al.,**

**Defendants.**

**1:25-cv-04113 (RA) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. As soon as practicable, the parties shall meet and confer regarding the amount owed to CFSP. If the parties are able to resolve the issue, no later than September 23, 2026, they shall file a joint letter or stipulation as to the amount owed.
2. If the parties continue to disagree about the amount owed, no later than September 23, 2026, Defendants shall file their response to Plaintiff's calculations. (*See* 8/27/2026 Op. & Order, ECF No. 65, at 13.) Defendants' submission also shall indicate their position as to whether an evidentiary hearing is required and the basis for such hearing. (*See id.* at 12-13.)
3. Plaintiff shall file its response to Defendants' submission no later than October 9, 2026, which also shall include its position as to whether an evidentiary hearing is required.

4. Defendants shall file any reply no later than October 16, 2026.

**SO ORDERED.**

DATED: New York, New York
September 2, 2026

Stewart d. Aaron
_______________________________

STEWART D. AARON
United States Magistrate Judge