UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 81-83 SEAMAN AVENUE LLC,

Plaintiff,

v.

81 SEAMAN REALTY LLC, JOEL WIENER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100, *the names of the "John Doe" Defendants being Fictitious and Unknown to Plaintiff, the Persons and Entities Intended Being Those Who May Be in Possession of, or May Have Possessory Liens or Other Interests in, the Premises Herein Described*,

Defendants.

25-CV-4113 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 18, 2025, the Court appointed Chris Neilson of Trigild IVL, LLC (the "Receiver") as receiver over 81/83 Seaman Avenue. *See* Dkt. 45. On November 17, 2026, the Court received the attached letter regarding the conditions at 81/83 Seaman Avenue. The Receiver is instructed to respond to the attached letter by no later than December 18, 2026.

SO ORDERED.

Dated: November 19, 2026
New York, New York

Ronnie Abrams
United States District Judge

Outlook

The receiver you appointed for 81 Seaman Avenue is now registered as the owner of the building

**From** 81 Seaman Tenants Association <81seamantenantsassociation@gmail.com>
**Date** Tue 11/17/2026 5:53 PM
**To** Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>

2 attachments (1 MB)
CCF_000315.pdf; CCF_000316.pdf;

**CAUTION - EXTERNAL:**

**Your Honor:**

**I'm writing on behalf of the tenants association of 81 Seaman Avenue to alert you to what seems to be an improper, possibly fraudulent, building registration for the building involved in the foreclosure case you decided on August 27, 2026 (see first attachment for full case information).**

**Court:** U.S. District Court for the Southern District of New York

**Docket Number:** 1:2025cv04113

**Date Decided:** August 27, 2026

**The receiver you appointed, Trigild, hired a management company, Tri-Hill, that maintained the Pinnacle/Joel Wiener status quo -- same offsite no show super, same slum conditions, no repairs made. There are currently 296 open HPD violations on the record (for 23 occupied units). The registered owner last year was "David Radoncic", who also owned 25 Cumming Street. The current owner (of both buildings) is listed as Chris Neilson, CEO of Trigild Receivers (see second attachment -- notice to tenants). The last date of sale for 81 Seaman was 10/24/04. Joel Wiener/Pinnacle, the last purchaser, was the guarantor of a combined $11,000,000 in loans to the unaffiliated LLCs who tenants in those buildings pay rent to.**

Who's the landlord of this building? *Learn more*

Chris Neilson

Steve Hollatz

81 SEAMAN REALTY LLC

Tri-Hill Management LLC

https://whoownswhat.justfix.org/en/address/MANHATTAN/81/SEAMAN%20AVENUE

**If this seeming fraud results in any kind of sanction by the court, or may be grounds for a civil lawsuit by tenants against the receiver, and/or the actual legal owner of the building, we would be grateful for any information you can give us. We will do our best to provide any further details you might request.**

**Several tenants have recently broken leases to escape the conditions in our neglected building. Management -- after promulgating a building policy, claiming to comply with New York Real Property Law § 230, that allowed them to tear down tenant meeting signs, and recently forcing all tenants to allow "mandatory inspections" on short notice -- has just served predicate notices for eviction proceedings against several remaining longtime tenants who have been withholding rent in an attempt to have repairs made. The only repairs being made are to empty apartments. [Update, just in since I began this email: squatter in apt. 3E attacked Tri-Hill's newly hired "handyman" with a knife, on Saturday, cutting him. Management silent.]**

**For whatever reason, we have not been able to get any help from NYC, in spite of contacting all of our elected officials many times. I am, personally, 0 for 12 in attempts to reach the Mayor, by mail, hand-delivery and Contact the Mayor on nyc.gov and certified letter to theThe Mayor's Office of Correspondence.**

**Any guidance you can provide us will be greatly appreciated.**

**Yours Sincerely,**

**Eliot Widaen**

**rent-stabilized tenant**

**81 Seaman Avenue**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.